U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

*(Rev. 12/6/12)*

**NOV 2 1 2023**

TONY R. MOORE, CLERK
BY: _____
    DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
_____ DIVISION

Gary James Johnson
　　　Plaintiff

Civil Action No.　1:23-cv-1683

VS.

Judge _____

Hixson Autoplex of Alex and a₂ Magistrate Judge _____
　　　Defendant

## COMPLAINT
### UNDER SECTION 706 (f) OF THE CIVIL RIGHTS ACT OF 1964

A.   Describe in your own words the employment practices about which you are complaining, identifying the persons, firms, companies, unions, agencies or bodies you say have engaged in such practices.  Attach an additional sheet, if necessary.

There were several gentlemen in the organization of the Caucasion race that violated policy and recieved no disciplenary action. Larry Mongel, Sam Lacomb & Terry Best, Larry (sexual harasment) Sam (Violation of legal contrat, Terry (Theft)

B.   Have you filed with the Equal Employment Opportunity Commission (EEOC) a charge relating to such practices?   Yes [ ✓ ]   No [ ]

C.   Have you received from the EEOC a letter notifying you of your "right-to-sue" respecting such charges?   Yes [ ✓ ]   No [ ]

If "Yes," attach a copy of such letter and notice, and state when you received same.

Date received:   8-22-23

*(Rev. 12/6/12)*

D.    Have you received from the EEOC a copy of its determination with regard to your charges?

Yes  ☑    No  ☐

If "Yes," attach a copy of such determination.  Also, if you disagree with any of the EEOC's

findings or conclusions, state why:

Due to other employee situations that violated company policies and misconduct with no disciplinary action taken due to race differences. The other employees violated hand written guideline with no actions or termination recieved.

E.    Give any other information you desire to disclose which supports your claim of

discriminatory employment practices.

F.    Under penalty of perjury, I declare that the information given in this complaint is true and

correct.

Date:  11-21-23

_____
(Signature)

333   Links Dr
(Street Address or P.O. Box)

_____
(Witness)

Alexandria, La 71303
(City, State, Zip Code)

318  -  447 - 8369
(Area Code)    (Telephone Number)

_____
(Witness)